COURT OF APPEALS CAUSE NO. 03-14-00621-CV

**FILED**
**February 11, 2015**
Third Court of Appeals
Jeffrey D. Kyle
Clerk

| | | |
|---|---|---|
| Frank M. Seliger | § | IN THE COURT OF APPEALS |
| PLAINTIFF | § | |
| | § | |
| vs. | § | |
| | § | |
| | § | |
| Ethiopian Evangelical Church | § | |
| DEFENDANT | § | THIRD DISTRICT OF TEXAS |

## MOTION FOR CONTINUANCE: THAT THE COURT GRANT A 30 DAY CONTINANCE—FOR THE APPELLANT'S BRIEF—CURRENTLY DUE ON FEBRUARY 4TH, 2015

The Plaintiff in the case listed above requests a 30-day extension of the due date for the *Appellant's Brief* for the following reason:

The Plaintiff is consulting with a person with legal expertise in the current appeal. That person has had a family issue – and will not be available for about 3 weeks. The 30-day extension will be sufficient time to allow for resolution of the family issue and the completion of the Appellant's Brief to be filed.

Thank you for your assistance in this matter.

pro-se

SIGNATURE OF DEFENDANT

Frank Seliger 1/30/2015
PRINTED NAME OF DEFENDANT

---

### Certificate of Service

I certify that a complete copy of this document was delivered to the Defendant's attorney... by certified mail.

RECEIVED
FEB 1 1 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Date: 2/10/2015
FS

### Certificate of Conference

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred with the appropriate party on the merits of this motion with the following results:

On the 30TH Day of January 2015, the Plaintiff conferred by phone with opposing counsel-- concerning the above Motion, he stated that he was opposed. He did not give any reason as to why he opposed the motion.

Frank Selig
2108 E. Yager Ln.
AUSTIN, TEXAS 78754
PO BOX 3548
AUSTIN, TEXAS 78754 78754

RIO GRANDE D
AUSTIN
09 FEB 2015
USA

Third Court of Appeals
P.O. Box 12547
Austin Tex 78711 – 2547

Attention: Liz Telesfics-Deputy Clerk